FILED

SEP - 4 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **5 : 25 CR    428** |
| | ) | Title 18, United States Code, |
| STEFAN KARAKIS, | ) | Sections 1466A(b) |
| | ) | |
| Defendant. | ) | |

**JUDGE BOYKO**

COUNT 1
(Obscene Visual Representations of the Sexual Abuse of Children, 18 U.S.C. § 1466A(b))

The Grand Jury charges:

From on or about January 1, 2019 to December 11, 2024, in the Northern District of Ohio, Eastern Division, Defendant STEFAN KARAKIS did knowingly possess a visual depiction of any kind, including a drawing, cartoon, sculpture or painting that depicts a minor engaging in sexually explicit conduct and is obscene and depicts an image that is, or appears to be, of a minor engaging in graphic bestiality, sadistic or masochistic abuse, or sexual intercourse, including genital-genital, oral-genital, anal-genital or oral-anal, whether between persons of the same or opposite sex and lacks serious literary, artistic, political, or scientific value and which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and which was produced using materials which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and at least one image

involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, in violation of Title 18, United States Code, Section 1466A(b).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2